No. 73–5507.  HILL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 73–5535.  THERIAULT *v.* MOBILE CITY JAIL.  C. A. 5th Cir.  Certiorari denied.

No. 73–5603.  JACKSON *v.* MISSOURI.  Sup. Ct. Mo. Certiorari denied.

No. 73–5638.  MILAM *v.* LOCKHART, CORRECTIONAL SUPERINTENDENT.  C. A. 8th Cir.  Certiorari denied.

No. 73–5640.  ANTWINE *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–5652.  WHITTINGTON *v.* SLAYTON, PENITEN-TIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 73–5655.  METTER ET AL. *v.* JANSSEN.  Ct. App. Mo., St. Louis Dist.  Certiorari denied.

No. 73–5663.  FLORES *v.* ESTELLE, CORRECTIONS DI-RECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–5664.  SERZYSKO *v.* CHASE MANHATTAN BANK. C. A. 2d Cir.  Certiorari denied.

No. 73–5667.  LOVE ET AL. *v.* DeCARLO HOMES, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–40.  WALLACE, ACTING WARDEN *v.* SMITH. C. A. 4th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.